# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

# CHANGE OF ADDRESS – DEBTOR

In re: **Matthew P Wick**, Case No. **10-29877-MDM**

Chapter: **13**

Debtor(s)

Check who this address change is affecting:

- [ ] Both Debtors
- [x] Debtor only
- [ ] Joint Debtor only

New Address: Green Bay Correctional Institution #593724, PO Box 19033
Street Address
**Green Bay, WI 54307**
City, State, and Zip Code

Telephone Number With Area Code:
To Be Completed by Pro Se Debtors Only

Change Requested By: **Mary C. Scharmach, Paralegal**
Print or Type Name

*Mary C Scharmach, Paralegal*
Signature

**Kingstad Law Firm, LLC**
Printed Name of Submitting Law Firm or Attorney

[Print Form]